# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ARRON MICHAEL LEWIS**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #151373**

v.　　　　　　　　　　　　Case No. 2:19-cv-00084-KGB

**WENDY KELLEY, Director,**
**Arkansas Department of Correction,** *et al.*　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Before the Court is a Partial Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 9). Plaintiff Arron Michael Lewis has not filed a response, and the time to file a response has passed. Accordingly, after careful consideration, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).

Also pending are a motion for status update and a motion to change district judges (Dkt. Nos. 11, 12). Those motions are granted in part and denied in part. To the extent Mr. Lewis seeks an update on the status of his case in both motions, his motions are granted, and this Order will serve as the update (*Id.*). In both motions, Mr. Lewis also seeks reassignment of his case to another district judge (*Id.*). The motions for reassignment are denied (*Id.*). It is therefore ordered that:

　　　　1.　　Mr. Lewis may proceed with his denial of medical care claims against separate defendants Corporal Carlyle, Sergeant Aiken, Sergeant K. Baxter, Sergeant Benjamin Woodard, Corporal Norment, Nurse Sara McVay, Corporal Southern, Sergeant Allen, Captain Fields, and Mental Health Advocate Brown, in their individual capacity, and Mr. Lewis's complaint and two amended complaints shall be served on these defendants (Dkt. Nos. 2; 5; 7);

2. Mr. Lewis's claims against separate defendants Corporal Carlyle, Sergeant Aiken, Sergeant K. Baxter, Sergeant Benjamin Woodard, Corporal Norment, Nurse Sara McVay, Corporal Southern, Sergeant Allen, Captain Fields, and Mental Health Advocate Brown, in their official capacity, are dismissed without prejudice (*Id.*);

3. Mr. Lewis's claims against separate defendants Wendy Kelley, Marshall Dale Reed, Rory Griffin, Gregory Rechciql, and Quible Butler are dismissed without prejudice (*Id.*);

4. Mr. Lewis's motions for status update and motion for reassignment are granted in part and denied in part (Dkt. Nos. 11, 12); and

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 2nd day of November, 2020.

_____
Kristine G. Baker
United States District Judge