# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ARRON MICHAEL LEWIS**                                                                                            **PLAINTIFF**
**ADC #151373**

v.                              Case No. 2:19-cv-00084-KGB

**WENDY KELLEY, Director,**
**Arkansas Department of Correction,** *et al.*                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Arron Michael Lewis's amended complaint is dismissed with prejudice (Dkt. No. 7). The Court denies the requested relief. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 29th day of August, 2022.

_____
Kristine G. Baker
United States District Judge